NORRIS McLAUGHLIN | P.A.
ATTORNEYS AT LAW

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755
Email: mraymondflood@norris-law.com
Direct: 908-252-4228

August 21, 2026

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: Tremayne Durham v. Branden Staller, MD, et al.**
**Civil Action No.: 3:24-cv-04033-MAS-TJB**

Dear Judge Bongiovanni:

This office represents Defendants, University Correctional Health Care, a constituent unit of Rutgers, The State University of New Jersey (improperly pled as "University Correctional Health Care, Rutgers"), Kelitta Mosley-Massenat, R.N., B.S.N., and Claudia Teh, A.P.N. (collectively "Medical Defendants") as to the constitutional allegations in the above-referenced matter.

We are in receipt of Plaintiff Tremayne Durham's ("Plaintiff") most recent letter filed with the Court on August 19, 2026, requesting leave to file a Motion to Compel Discovery. It is respectfully requested the Court deny Plaintiff's request because Plaintiff still has to respond to the Medical Defendants' discovery requests which were sent to Plaintiff on August 4, 2026. Further, Plaintiff just served supplemental discovery requests on the Medical Defendants, which were received on August 6, 2026. As such, the Medical Defendants are in the process of responding to Plaintiff's requests. Plaintiff has no basis to seek a motion to compel discovery at this time as discovery is ongoing and the Medical Defendants are not deficient in the discovery process.

We thank the Court for its attention to this matter.

**Respectfully submitted,**

*s/Margaret Raymond-Flood*
Margaret Raymond-Flood, Esq.

cc: Plaintiff (via Mail and Certified Mail)
All Counsel of Record (via ECF)