*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

September 8, 2026

Hon. Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

Re: Durham v. Gangi et al.,
Docket no. 3:24-CV-4033-MAS-TJB

Dear Judge Rukhsanah:

I am currently assigned to represent Defendants New Jersey Department of Corrections (DOC), Assistant Administrator Anthony Gangi, Major Craig Sears, and Correctional Officer Lewis in the above captioned matter. I anticipate that I will also represent Defendants Correctional Officer Rodriguez, Lieutenant Crawford, and Administrator Davis, but for the reasons discussed below, I do not yet represent them in this matter at this time.

Presently, only the DOC has been served in this matter, with their response due by September 9, 2026. I am writing to respectfully request an additional sixty (60) day extension of time for Defendants to answer, move, or otherwise respond to the Complaint. In addition to waiting for requests of representation from some of the individual defendants, our office requires additional time to complete conflict checks to ensure that this office can provide representation, as well as to review the file and discuss Plaintiff's claims with our client(s) so that we may properly determine the appropriate response. For the sake of judicial efficiency, we ask that the responses of all Defendants be made due at the same time to avoid littering the docket with piecemeal responses.

Due to Plaintiff currently being incarcerated, our office reached out to Plaintiff by regular and certified mail to ask for consent to an extension. However, Plaintiff did not respond back. If Defendants' request is granted, their time to answer, move, or otherwise respond to the Complaint would be extended to November 8, 2026.

Please do not hesitate to contact me if you have any questions. We thank the Court for its time and attention to this matter.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: s/Expedito Sean B. Miralles
Expedito Sean B. Miralles
Deputy Attorney General

cc. Tremayne Durham